# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **BRENT HOLT and** § <br> **CHARLESCIE HOLT,** § <br> *Plaintiffs* § <br> § <br> **v.** § <br> § <br> **SUMMIT STONEWORKS, LLC,** § <br> *Defendant* § | **Case No. 1:23-CV-00677-SH** |

## FINAL JUDGMENT

Now before the Court is the Agreed Motion to Dismiss with Prejudice, filed September 6, 2024 (Dkt. 25). The parties have resolved all matters of fact and things in controversy between them and ask the Court to dismiss the case with prejudice. Accordingly, the Court **HEREBY GRANTS** the Agreed Motion to Dismiss with Prejudice (Dkt. 25) and **DISMISSES WITH PREJUDICE** all claims brought in this action, with each party to bear their own costs and attorneys' fees.

It is **FURTHER ORDERED** that all settings are **CANCELED** and **ORDERS** the Clerk of Court to **CLOSE** this case.

**SIGNED** on September 6, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE